EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Héctor L. Barreto Cintrón | 2006 TSPR 54 167 DPR _____ |
|---|---|

Número del Caso: AB-2005-270

Fecha: 7 de abril de 2006

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Héctor L. Barreto Cintrón          AB-2005-270        Queja

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de abril de 2006.

La Hon. Waleska I. Aldebol Mora, Jueza de la Sala Superior de San Juan del Tribunal de Primera Instancia de Puerto Rico, remitió a este Tribunal, una resolución y orden de fecha 30 de septiembre de 2005, relativa la misma a la conducta observada por el Lcdo. Héctor L. Barreto Cintrón ante el mencionado Tribunal de Primera Instancia.

Un examen de la mencionada resolución revela que la conducta en controversia se refiere a una llamada que Marilyn Vega Colón, Secretaria Jurídico de la Hon. Waleska I. Aldebol Mora, recibiera el 24 de junio de 2005 del Lic. Héctor L. Barreto Cintrón. En su resolución el Tribunal de Primera Instancia afirma "que la conducta del licenciado Barreto Cintrón, manifestada por las expresiones hechas por teléfono representan una conducta que no se caracteriza por el mayor respeto al Tribunal, un ataque injustificado contra quien suscribe y contra el buen orden de la administración de la justicia en el Tribunal".

Comoquiera que la acción de la Jueza Waleska I. Aldebol Mora es una similar a otras en que distintos jueces han referido a este Tribunal situaciones de igual naturaleza, entendemos necesario recalcar y reiterar el poder que poseen los jueces del Tribunal de Primera Instancia para mantener y asegurar el orden en los procedimientos ante su consideración sin necesidad de referirnos dichas situaciones. A esos efectos, en E.L.A. v. Asociación de Auditores, 147 D.P.R. 669, 681 (1999), expresamos que:

> La base jurídica para el procedimiento de desacato en Puerto Rico proviene de tres (3) fuentes, según han sido interpretadas por nuestra jurisprudencia, las cuales están fundadas en el poder inherente de los tribunales para hacer cumplir sus órdenes. Los tribunales tendrán poder, entre otros, para mantener y asegurar el orden en su presencia y en los procedimientos ante su consideración, para hacer cumplir sus órdenes, sentencias y providencias, y para realizar u ordenar cualquier acto que resulte necesario a fin de cumplir a cabalidad sus funciones. 4 L.P.R.A. secs. 1a y 362a. Para el ejercicio efectivo de las facultades antes enumeradas la ley les autoriza a castigar por desacato. 4 L.P.R.A. sec. 362b. (Énfasis suplido).

En vista de lo antes expuesto, devolvemos el asunto a la Sala Superior de San Juan del Tribunal de Primera Instancia, para la acción correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo